**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**SANTIAGO TORREZ,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-302-AW-MJF**

**JOHN LAY, et al.,**

**Defendants.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The magistrate judge issued a report and recommendation concluding the court should dismiss based on Plaintiff's failure to accurately disclose his litigation history. ECF No. 9. Plaintiff has filed objections, ECF No. 10, and I have considered de novo the issues he raised. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to the court's inherent authority to manage its docket and enforce the Local Rules based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history." The clerk will then close the file.[1]

[1] I have considered the fact that there is no indication the dismissal without prejudice would operate as a dismissal with prejudice based on the expiration of any statute of limitations. *See* ECF No. 9 at 8 n.1.

SO ORDERED on October 26, 2026.

s/ *Allen Winsor*
Chief United States District Judge